IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PACIFIC CENTURY INTERNATIONAL, LTD., | ) ) ) | CASE NO. 1:12-cv-01057 |
| Plaintiff, | ) ) | Judge: |
| | ) | Magistrate: |
| v. | ) ) | |
| DOES 1-37, | ) ) ) | [Case pending in the U.S. District Court for the Southern District of Texas, Case No. 4:11-CV-4430] |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPONEA**

Plaintiff PACIFIC CENTURY INTERNATIONAL, LTD. respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 45(c)(2)(B), to enter an Order compelling CEQUEL III COMMUNICATIONS II, LLC d/b/a SUDDENLINK COMMUNICATIONS ("Suddenlink") to comply with a subpoena *duces tecum* issued on January 19, 2012, with respect to the above-referenced matter currently pending in the U.S. District Court for the Southern District of Texas. Plaintiff seeks to obtain identifying information associated with internet service account subscribers including name, current (and permanent) address, telephone number, e-mail address, and Media Access Control address pursuant to a subpoena *duces tecum* served on Suddenlink on January 19, 2012.

Pursuant to Local Rule 37.2, after consultation by telephone and good faith attempts to resolve differences, the parties resolved one objection by Suddenlink. The undersigned counsel for Pacific Century International, Ltd. and John D. Seiver, counsel for Suddenlink held a telephone consultation on February 13, 2012 at or around 3:00 p.m. Good faith attempts by the

parties were able to resolve one of the objections raised by Suddenlink, but the parties were unable to reach an accord on the remaining objections.

    WHEREFORE, Plaintiff respectfully requests an order compelling Suddenlink to comply with the subpoena.

                                Respectfully submitted,

                                PACIFIC CENTURY INTERNATIONAL, LTD.

**DATED: February 14, 2012**

                          By:    /s/ Paul Duffy
                                    Paul Duffy (Bar No. 6210496)
                                    Prenda Law Inc.
                                    161 N. Clark St., Suite 3200
                                    Chicago, IL 60601
                                    Telephone: (312) 880-9160
                                    Facsimile: (312) 893-5677
                                    E-mail: paduffy@wefightpiracy.com
                                    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 14, 2012, copies of the foregoing document were served via First Class Mail, Postage Prepaid to:

John D. Seiver
Davis Wright Tremaine LLP
Suite 800
1919 Pennsylvania Avenue, NW
Washington, D.C. 20006-3401
*Attorney for Cequel III Communications II, LLC d/b/a Suddenlink Communications*


By:     /s/ Paul Duffy
        Paul Duffy